LARRY ANTHONY PIERSON, APPELLEE, v. ROSALIE JOAN PIERSON, APPELLANT.

330 N.W.2d 747

Filed March 4, 1983. No. 81-893.

Richard E. Mueting of Mueting, DeLay & Stoffer, for appellant.

Vince Kirby, for appellee.

KRIVOSHA, C.J., WHITE, and CAPORALE, JJ., and SPRAGUE, D.J., and COLWELL, D.J., Retired.

PER CURIAM.

The court, having considered the oral arguments and having reviewed the record de novo, finds that the decree of the trial court should be affirmed.

AFFIRMED.